David STANLEY, Plaintiff—Appellant,

and

Lazaron Ventures, Incorporated,
Plaintiff,

v.

Gerald Lee GRAY; Paul Darrell Smith;
J. Robert Stump; J. Jack Kennedy, Jr.;
Caroline Stevens; Community Based
Corrections; County of Wise, Virgi-
nia, A Public Entity; Gregory Kallen;
Behavioral Interventions, Incorporat-
ed; Anthony E. Collins, Defendants–
Appellees.

No. 07–1134.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 25, 2007.

Decided: Aug. 16, 2007.

David Stanley, Appellant Pro Se. Car-
lene Booth Johnson, Perry Law Firm, PC,
Dillwyn, Virginia; Daniel Robert Bieger,
Copeland & Bieger, PC, Abingdon, Virgi-
nia; George Walerian Chabalewski, James
Van Ingold, James Christian Stuchell, Of-

fice of the Attorney General of Virginia, Richmond, Virginia; Tarek F.M. Saad, Holland & Hart, LLP, Denver, Colorado; Michael Edward Anderson, Morrison & Foerster, LLP, McLean, Virginia; Mark B. Wiletsky, Holland & Hart, Boulder, Colorado, for Appellees. Anthony E. Collins, Appellee Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Kim Stanley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint, denying his motions to amend his complaint and to name defendant John Doe, and dismissing his state law claims without prejudice pursuant to 28 U.S.C. § 1367(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stanley v. Gray*, No. 2:06–cv–00031–jpj, 2007 WL 445366 (W.D.Va. Feb. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*